UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Joshua J. Gipson,<br><br>　　　　　　Petitioner<br><br>　v.<br><br>Jeremy Bean, et al.,<br><br>　　　　　　Respondents | Case No. 2:23-cv-00099-CDS-DJA<br><br>Order Granting Petitioner's Unopposed Motion for Extension of Time<br><br>[ECF No. 14] |

　　　Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 14), and good cause appearing, including the need to hire the original neuropsychologist who analyzed petitioner,

　　　It is therefore ordered that petitioner's unopposed motion for extension of time (first request) **[ECF No. 14] is granted**. Petitioner will have up to and including November 17, 2023, to file a first-amended petition.

　　　DATED: June 8, 2023

_____
UNITED STATES DISTRICT JUDGE