**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Joshua J. Gipson, | Case No. 2:23-cv-00099-CDS-DJA |
| Petitioner | **Order Granting**<br>**Motion for Extension** |
| v. | |
| Ronald Oliver, et al., | [ECF No. 26] |
| Respondents | |

Counseled petitioner Joshua J. Gipson has filed a motion for extension of time to file his second-amended petition. ECF No. 26. This is Gipson's first request for an extension of this deadline. The court finds good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time **[ECF No. 26] is granted**. Gipson has up to and including March 22, 2024, to file his second-amended petition.

Dated: February 8, 2024

_____
UNITED STATES DISTRICT JUDGE