UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Joshua J. Gipson, | Case No. 2:23-cv-00099-CDS-DJA |
| Petitioner | **Order Granting Motion for Extension** |
| v. | |
| Ronald Oliver, et al., | [ECF No. 37] |
| Respondents | |

Counseled petitioner Joshua J. Gipson has filed a motion for extension of time. ECF No. 37. Gipson's counsel explains that an order extending the time within which he must file his second-amended petition is needed because his motion for discovery needs to be decided first. Respondents have filed a non-opposition to the motion. ECF No. 39. Gipson filed his motion for discovery on July 22, 2024, and respondents filed their response on August 5, 2024. ECF Nos. 35, 38. Gipson's reply is currently due on August 12, 2024. This Court finds good cause exists to grant the motion for extension of Gipson's second-amended petition.

It is therefore ordered that the motion for extension of time **[ECF No. 37] is granted**. Gipson's deadline for filing his second-amended petition is vacated. A new deadline will be set when this Court issues an order on the motion for discovery.

Dated: August 6, 2024

_____
Cristina D. Silva
United States District Judge