# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Joshua J. Gipson,

    Petitioner

v.

Ronald Oliver, et al.,

    Respondents

Case No. 2:23-cv-00099-CDS-DJA

**Order on Status Report**

[ECF No. 43]

    On September 19, 2024, this Court granted petitioner Joshua J. Gipson's motion for discovery. ECF No. 42. This Court ordered Gipson to file a status report on the earlier of completion of discovery or within 45 days. *Id*. On November 4, 2024, Gipson timely filed a status report, explaining that discovery is still ongoing and requesting an additional 45 days to finish obtaining discovery materials. ECF No. 43. Given the nature of the status report, this Court instructs Gipson to file a second status report on the earlier of completion of discovery or within 45 days of the date of this order.

    It is therefore ordered that Gipson file a second status report on the earlier of completion of discovery or within 45 days of the date of this order.

    Dated: November 8, 2024

_____
Cristina D. Silva
United States District Judge