UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Joshua J. Gipson,

    Petitioner

v.

Ronald Oliver, et al.,

    Respondents

Case No. 2:23-cv-00099-CDS-DJA

**Order on Second Status Report**

[ECF No. 45]

On September 19, 2024, I granted petitioner Joshua J. Gipson's motion for discovery. ECF No. 42. I ordered Gipson to file a status report on the earlier of completion of discovery or within 45 days. *Id*. On November 4, 2024, Gipson timely filed a status report, explaining that discovery is still ongoing and requesting an additional 45 days to finish obtaining discovery materials. ECF No. 43. I granted Gipson's request. ECF No. 44. Gipson has now filed a second status report, again explaining that discovery is still ongoing and requesting an additional 45 days. ECF No. 45. Given the nature of the status report, Gipson is instructed to file a third status report on the earlier of completion of discovery or within 45 days of the date of this order.

It is therefore ordered that Gipson file a second status report on the earlier of completion of discovery or within 45 days of the date of this order.

Dated: December 30, 2024

_____
Cristina D. Silva
United States District Judge